UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - -x

ALICE P. MUSILLO,            :
                             :
          Plaintiff,         :
                             :
     - v. -                  :
                             :                    ORDER
MICHAEL J. ASTRUE,           :          01 Civ. 9677 (HB)
Commissioner of             :
Social Security,            :
                             :
          Defendant.         :
                             :

- - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/09

**ORIGINAL**

        WHEREAS, this action was remanded to the

Commissioner of Social Security (the "Commissioner") for

further administrative proceedings on April 12, 2002, and

        WHEREAS, on May 29, 2003, the Commissioner

issued a favorable decision on plaintiff's application for

benefits;

        IT IS HEREBY ORDERED that this action is

dismissed with prejudice and without costs to either party.

The Clerk is directed to enter judgment.

Dated: New York, New York

    August 19, 2009

_____
        United States District Judge